# Court of Appeals
# of the State of Georgia

ATLANTA, February 24, 2025

*The Court of Appeals hereby passes the following order:*

## A25E0075. CURRY v. MAGISTRATE COURT OF DEKALB COUNTY et al.

Minister Abigail Curry has filed a petition for a writ of mandamus, asking us to exercise our original mandamus jurisdiction in regards to a dispossessory proceeding in the DeKalb County courts. Because the grounds for exercising our narrow mandamus jurisdiction have not been demonstrated in this case, Curry's request for mandamus is hereby denied. See Court of Appeals Rule 40 (c) (this court's mandamus jurisdiction is narrow and will be exercised sparingly as may be necessary in aid of our jurisdiction or to protect or effectuate our judgments).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 02/24/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*